IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DANIEL L. TABB, JR. AND DANA L. TABB, | § § § | No. 84, 2019 |
| Plaintiffs Below, Appellants, | § § § § | |
| v. | § § § | Court Below–Court of Chancery of the State of Delaware |
| THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK, AS SUCCESSOR TRUSTEE FOR JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF POPLAR ABS, INC. MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-2, | § § § § § § § § § § § § § § § | C.A. No. 2017-0016 SEM |
| Defendant Below, Appellee. | § § | |

Submitted: July 12, 2019
Decided: September 25, 2019

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

# O R D E R

After careful consideration of the parties' briefs and the record on appeal, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned in the Court of Chancery's well-reasoned

February 13, 2019 order, which overruled the objections of the plaintiffs below to the Master's Reports and adopted the Master's Final Report in its entirety.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

/s/ James T. Vaughn, Jr.
Justice